Certificate Number: 16339-PAM-DE-038425145

Bankruptcy Case Number: 19-01816


16339-PAM-DE-038425145

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 29, 2024, at 12:32 o'clock PM EDT, Jessica Grubb completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: April 29, 2024        By:    /s/Kelley Tipton

                            Name:  Kelley Tipton

                            Title: Certified Financial Counselor

Certificate Number: 16339-PAM-DE-038425144

Bankruptcy Case Number: 19-01816



16339-PAM-DE-038425144

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 29, 2024, at 12:32 o'clock PM EDT, Daryl Grubb completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: April 29, 2024

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor