UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re: Darryl E Grubb, Jr
Jessica A Grubb

Case No.:1-19-01816 HWV

Chapter 13

**Debtor(s)** **Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

**PART 1: MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | Rushmore |
| Court Claim Number: | 15 |
| Last Four of Loan Number: | 2734 |
| Property Address if applicable: | 6605 Woodland Dr |

**PART 2: CURE AMOUNT**

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $16,487.15 |
| b. | Prepetition arrearages paid by the trustee: | $16,487.15 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $11,405.40 |
| f. | Postpetition arrearage paid by the trustee: | $11,405.40 |
| g. | Total b, d, and f: | $27,892.55 |

**PART 3: POSTPETITION MORTGAGE PAYMENT**

| | |
|---|---|
| Mortgage was paid through the Trustee from May 2019 through April 2024 | |
| Current monthly mortgage payment: | $1,917.26 |
| The next post-petition payment was due on: | May 2024 |

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the

default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response.  Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.


Dated:  June 25, 2024               Respectfully submitted,


                                    /s/ Jack N. Zaharopoulos
                                    Standing Chapter 13 Trustee
                                    Suite A, 8125 Adams Drive
                                    Hummelstown, PA  17036
                                    Phone:  (717) 566-6097
                                    Fax:  (717) 566-8313
                                    email:  info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re:  Darryl E Grubb, Jr
     Jessica A Grubb

                                                    Case No.:1-19-01816 HWV

                                                    Chapter 13

                **Debtor(s)**

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on June 25, 2024, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Nicholas G. Platt, Esquire
Mooney Law
230 York St
Hanover PA 17331

**Served by First Class Mail**
Rushmore Loan Management SVC
PO Box 619079
Dallas TX 75261-9079

Darryl E Grubb, Jr
Jessica A Grubb
6605 Woodland Dr
Spring Grove PA 17362

I certify under penalty of perjury that the foregoing is true and correct.

Date: June 25, 2024                                /s/  Liz Joyce
                                                          Office of the Standing Chapter 13 Trustee
                                                          Jack N. Zaharopoulos
                                                          Suite A, 8125 Adams Dr.
                                                           Hummelstown, PA  17036
                                                           Phone:  (717) 566-6097
                                                          email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 19-01816     **DARYL E. GRUBB, JR.**

**RUSHMORE SERVICING**  
P.O. BOX 619094  
DALLAS, TX   75261-9741

**Acct No:** 2734

**Sequence:** 07  
**Modify:**  
**Filed Date:**  
**Hold Code:**

|  | Amt Sched: | $0.00 | Debt: | $101,609.69 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|---|
|  | Amt Due: | $1,910.49 | Paid: | $101,609.69 | Accrued Int: | $0.00 |
|  |  |  |  |  | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5010** | **RUSHMORE SERVICING** | | | | | | | |
| 501-0 | RUSHMORE SERVICING | | 05/22/2024 | 2036698 | $1,910.49 | $0.00 | $1,910.49 | |
| | *Payment for 4/2024* | | | | | | | |
| 501-0 | RIGHT PATH SERVICING | | 03/14/2024 | 2034709 | $1,910.49 | $0.00 | $1,910.49 | 03/27/2024 |
| | *Payment for 3/2024* | | | | | | | |
| 501-0 | RIGHT PATH SERVICING | | 02/14/2024 | 2033749 | $1,910.49 | $0.00 | $1,910.49 | 02/28/2024 |
| | *Payment for 2/2024* | | | | | | | |
| 501-0 | RIGHT PATH SERVICING | | 01/12/2024 | 2032813 | $1,910.49 | $0.00 | $1,910.49 | 01/24/2024 |
| | *Payment for 12/2023* | | | | | | | |
| 501-0 | RIGHT PATH SERVICING | | 01/12/2024 | 2032813 | $1,910.49 | $0.00 | $1,910.49 | 01/24/2024 |
| | *Payment for 1/2024* | | | | | | | |
| 501-0 | RIGHT PATH SERVICING | | 11/15/2023 | 2030962 | $1,910.49 | $0.00 | $1,910.49 | 11/29/2023 |
| | *Payment for 11/2023* | | | | | | | |
| 501-0 | RIGHT PATH SERVICING | | 10/18/2023 | 2030027 | $1,910.49 | $0.00 | $1,910.49 | 11/01/2023 |
| | *Payment for 9/2023* | | | | | | | |
| 501-0 | RIGHT PATH SERVICING | | 10/18/2023 | 2030027 | $1,910.49 | $0.00 | $1,910.49 | 11/01/2023 |
| | *Payment for 10/2023* | | | | | | | |
| 501-0 | RIGHT PATH SERVICING | | 09/19/2023 | 2029045 | $1,910.49 | $0.00 | $1,910.49 | 09/29/2023 |
| | *Payment for 7/2023* | | | | | | | |
| 501-0 | RIGHT PATH SERVICING | | 09/19/2023 | 2029045 | $1,910.49 | $0.00 | $1,910.49 | 09/29/2023 |
| | *Payment for 8/2023* | | | | | | | |
| 501-0 | RIGHT PATH SERVICING | | 06/13/2023 | 2026117 | $1,890.31 | $0.00 | $1,890.31 | 06/23/2023 |
| | *Payment for 5/2023* | | | | | | | |
| 501-0 | RIGHT PATH SERVICING | | 06/13/2023 | 2026117 | $1,910.49 | $0.00 | $1,910.49 | 06/23/2023 |
| | *Payment for 6/2023* | | | | | | | |
| 501-0 | RIGHT PATH SERVICING | | 05/16/2023 | 2025179 | $1,890.31 | $0.00 | $1,890.31 | 05/26/2023 |
| | *Payment for 4/2023* | | | | | | | |
| 501-0 | RIGHT PATH SERVICING | | 04/18/2023 | 2024177 | $1,890.31 | $0.00 | $1,890.31 | 04/28/2023 |
| | *Payment for 3/2023* | | | | | | | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| 501-0 | RIGHT PATH SERVICING | | 02/15/2023 | 2022142 | $1,890.31 | $0.00 | $1,890.31 | 02/24/2023 |
| | | | | | Payment for 2/2023 | | | |
| 501-0 | RIGHT PATH SERVICING | | 01/18/2023 | 2021138 | $1,890.31 | $0.00 | $1,890.31 | 01/26/2023 |
| | | | | | Payment for 1/2023 | | | |
| 501-0 | RIGHT PATH SERVICING | | 12/13/2022 | 2020146 | $1,890.31 | $0.00 | $1,890.31 | 12/22/2022 |
| | | | | | Payment for 11/2022 | | | |
| 501-0 | RIGHT PATH SERVICING | | 12/13/2022 | 2020146 | $1,890.31 | $0.00 | $1,890.31 | 12/22/2022 |
| | | | | | Payment for 12/2022 | | | |
| 501-0 | RIGHT PATH SERVICING | | 11/16/2022 | 2019186 | $1,890.31 | $0.00 | $1,890.31 | 12/14/2022 |
| | | | | | Payment for 10/2022 | | | |
| 501-0 | COMMUNITY LOAN SERVICING, LLC | | 09/13/2022 | 2016655 | $1,890.31 | $0.00 | $1,890.31 | 09/22/2022 |
| | | | | | Payment for 9/2022 | | | |
| 501-0 | COMMUNITY LOAN SERVICING, LLC | | 08/17/2022 | 2015585 | $1,890.31 | $0.00 | $1,890.31 | 08/30/2022 |
| | | | | | Payment for 7/2022 | | | |
| 501-0 | COMMUNITY LOAN SERVICING, LLC | | 08/17/2022 | 2015585 | $1,890.31 | $0.00 | $1,890.31 | 08/30/2022 |
| | | | | | Payment for 8/2022 | | | |
| 501-0 | COMMUNITY LOAN SERVICING, LLC | | 07/13/2022 | 2014546 | $1,890.31 | $0.00 | $1,890.31 | 07/22/2022 |
| | | | | | Payment for 6/2022 | | | |
| 501-0 | COMMUNITY LOAN SERVICING, LLC | | 05/17/2022 | 2012514 | $1,869.58 | $0.00 | $1,869.58 | 05/27/2022 |
| | | | | | Payment for 5/2022 | | | |
| 501-0 | COMMUNITY LOAN SERVICING, LLC | | 04/12/2022 | 2011462 | $1,869.58 | $0.00 | $1,869.58 | 04/26/2022 |
| | | | | | Payment for 4/2022 | | | |
| 501-0 | COMMUNITY LOAN SERVICING, LLC | | 03/16/2022 | 2010446 | $1,869.58 | $0.00 | $1,869.58 | 03/29/2022 |
| | | | | | Payment for 3/2022 | | | |
| 501-0 | COMMUNITY LOAN SERVICING, LLC | | 03/16/2022 | 2010446 | $1,869.58 | $0.00 | $1,869.58 | 03/29/2022 |
| | | | | | Payment for 2/2022 | | | |
| 501-0 | COMMUNITY LOAN SERVICING, LLC | | 01/19/2022 | 2008466 | $1,869.58 | $0.00 | $1,869.58 | 01/27/2022 |
| | | | | | Payment for 1/2022 | | | |
| 501-0 | LOANCARE, LLC | | 12/15/2021 | 9012748 | $1,869.58 | $0.00 | $1,869.58 | 12/15/2021 |
| | | | | | Payment for 12/2021 | | | |
| 501-0 | LOANCARE, LLC | | 11/16/2021 | 9012497 | $1,869.58 | $0.00 | $1,869.58 | 11/16/2021 |
| | | | | | Payment for 11/2021 | | | |
| 501-0 | LOANCARE, LLC | | 10/14/2021 | 9012244 | $1,869.58 | $0.00 | $1,869.58 | 10/14/2021 |
| | | | | | Payment for 10/2021 | | | |
| 501-0 | LOANCARE, LLC | | 09/14/2021 | 9011994 | $1,869.58 | $0.00 | $1,869.58 | 09/14/2021 |
| | | | | | Payment for 9/2021 | | | |
| 501-0 | LOANCARE, LLC | | 08/18/2021 | 9011741 | $1,869.58 | $0.00 | $1,869.58 | 08/18/2021 |
| | | | | | Payment for 8/2021 | | | |
| 501-0 | LOANCARE, LLC | | 07/14/2021 | 9011475 | $1,869.58 | $0.00 | $1,869.58 | 07/14/2021 |
| | | | | | Payment for 7/2021 | | | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | DisbDescrp | |
| 501-0 | LOANCARE, LLC | | 06/16/2021 | 9011210 | $1,869.58 | $0.00 | $1,869.58 | 06/16/2021 |
| | | | | | Payment for 6/2021 | | | |
| 501-0 | LOANCARE, LLC | | 05/18/2021 | 9010936 | $1,900.90 | $0.00 | $1,900.90 | 05/19/2021 |
| | | | | | Payment for 5/2021 | | | |
| 501-0 | LOANCARE, LLC | | 04/15/2021 | 9010653 | $1,900.90 | $0.00 | $1,900.90 | 05/13/2021 |
| | | | | | Payment for 4/2021 | | | |
| 501-0 | LOANCARE, LLC | | 03/17/2021 | 9010367 | $1,900.90 | $0.00 | $1,900.90 | 03/17/2021 |
| | | | | | Payment for 3/2021 | | | |
| 501-0 | LOANCARE, LLC | | 10/15/2020 | 9008688 | $1,900.90 | $0.00 | $1,900.90 | 10/15/2020 |
| | | | | | Payment for 8/2020 | | | |
| 501-0 | LOANCARE, LLC | | 09/17/2020 | 9008369 | $1,900.90 | $0.00 | $1,900.90 | 09/17/2020 |
| | | | | | Payment for 7/2020 | | | |
| 501-0 | LOANCARE, LLC | | 08/12/2020 | 1220509 | $1,855.08 | $0.00 | $1,855.08 | 08/31/2020 |
| | | | | | Payment for 6/2020 | | | |
| 501-0 | LOANCARE, LLC | | 07/07/2020 | 1219459 | $1,855.08 | $0.00 | $1,855.08 | 07/22/2020 |
| | | | | | Payment for 5/2020 | | | |
| 501-0 | LOANCARE, LLC | | 05/06/2020 | 1217474 | $1,855.08 | $0.00 | $1,855.08 | 05/19/2020 |
| | | | | | Payment for 4/2020 | | | |
| 501-0 | LOANCARE, LLC | | 04/14/2020 | 1216405 | $1,855.08 | $0.00 | $1,855.08 | 04/24/2020 |
| | | | | | Payment for 3/2020 | | | |
| 501-0 | LOANCARE, LLC | | 04/14/2020 | 1216405 | $1,855.08 | $0.00 | $1,855.08 | 04/24/2020 |
| | | | | | Payment for 2/2020 | | | |
| 501-0 | LOANCARE, LLC | | 03/12/2020 | 1215122 | $1,855.08 | $0.00 | $1,855.08 | 03/18/2020 |
| | | | | | Payment for 1/2020 | | | |
| 501-0 | LOANCARE, LLC | | 01/16/2020 | 1212460 | $1,855.08 | $0.00 | $1,855.08 | 01/24/2020 |
| | | | | | Payment for 12/2019 | | | |
| 501-0 | LOANCARE, LLC | | 12/12/2019 | 1211080 | $1,855.08 | $0.00 | $1,855.08 | 12/17/2019 |
| | | | | | Payment for 11/2019 | | | |
| 501-0 | LOANCARE, LLC | | 11/07/2019 | 1209748 | $1,855.08 | $0.00 | $1,855.08 | 11/15/2019 |
| | | | | | Payment for 10/2019 | | | |
| 501-0 | LOANCARE, LLC | | 10/10/2019 | 1208640 | $1,855.08 | $0.00 | $1,855.08 | 10/17/2019 |
| | | | | | Payment for 9/2019 | | | |
| 501-0 | LOANCARE, LLC | | 09/26/2019 | 1207423 | $1,855.08 | $0.00 | $1,855.08 | 10/01/2019 |
| | | | | | Payment for 8/2019 | | | |
| 501-0 | LOANCARE, LLC | | 08/07/2019 | 1205968 | $1,855.08 | $0.00 | $1,855.08 | 08/14/2019 |
| | | | | | Payment for 7/2019 | | | |
| 501-0 | LOANCARE, LLC | | 07/11/2019 | 1204607 | $1,855.08 | $0.00 | $1,855.08 | 07/18/2019 |
| | | | | | Payment for 5/2019 | | | |
| 501-0 | LOANCARE, LLC | | 07/11/2019 | 1204607 | $1,855.08 | $0.00 | $1,855.08 | 07/18/2019 |
| | | | | | Payment for 6/2019 | | | |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | Sub-totals: | $101,609.69 | $0.00 | 101,609.69 | |
| | | | | Grand Total: | 101,609.69 | $0.00 | | |

# Disbursements for Claim

**Case:** 19-01816    **DARYL E. GRUBB, JR.**

**RUSHMORE SERVICING**
P.O. BOX 619094

DALLAS, TX  75261-

Sequence: 24
Modify:
Filed Date:
Hold Code:

Acct No: 2734/POST ARREARS/6605 W

POST PETITION ARREARS/FORBEARANCE  3RD AP

| | | |
|---|---|---|
| Amt Sched: $0.00 | Debt: $11,405.40 | Interest Paid: $0.00 |
| Amt Due: $0.00 | Paid: $11,405.40 | Accrued Int: $0.00 |
| | | Balance Due: $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| **5210** | **RUSHMORE SERVICING** | | | | | | | |
| 521-0 | RUSHMORE SERVICING | | 05/22/2024 | 2036699 | $2,045.77 | $0.00 | $2,045.77 | |
| 521-0 | RIGHT PATH SERVICING | | 03/14/2024 | 2034710 | $1,062.13 | $0.00 | $1,062.13 | 03/27/2024 |
| 521-0 | RIGHT PATH SERVICING | | 02/14/2024 | 2033750 | $288.31 | $0.00 | $288.31 | 02/28/2024 |
| 521-0 | RIGHT PATH SERVICING | | 01/12/2024 | 2032814 | $17.59 | $0.00 | $17.59 | 01/24/2024 |
| 521-0 | RIGHT PATH SERVICING | | 11/15/2023 | 2030963 | $347.37 | $0.00 | $347.37 | 11/29/2023 |
| 521-0 | RIGHT PATH SERVICING | | 10/18/2023 | 2030028 | $355.77 | $0.00 | $355.77 | 11/14/2023 |
| 521-0 | RIGHT PATH SERVICING | | 06/13/2023 | 2026118 | $143.34 | $0.00 | $143.34 | 06/23/2023 |
| 521-0 | RIGHT PATH SERVICING | | 02/15/2023 | 2022143 | $308.19 | $0.00 | $308.19 | 02/24/2023 |
| 521-0 | RIGHT PATH SERVICING | | 01/18/2023 | 2021139 | $308.18 | $0.00 | $308.18 | 01/26/2023 |
| 521-0 | RIGHT PATH SERVICING | | 12/13/2022 | 2020147 | $235.83 | $0.00 | $235.83 | 12/22/2022 |
| 521-0 | COMMUNITY LOAN SERVICING LLC | | 09/13/2022 | 2016654 | $1,115.48 | $0.00 | $1,115.48 | 09/22/2022 |
| 521-0 | COMMUNITY LOAN SERVICING LLC | | 08/17/2022 | 2015583 | $353.65 | $0.00 | $353.65 | 08/30/2022 |
| 521-0 | COMMUNITY LOAN SERVICING LLC | | 05/17/2022 | 2012512 | $288.31 | $0.00 | $288.31 | 05/27/2022 |
| 521-0 | COMMUNITY LOAN SERVICING LLC | | 04/12/2022 | 2011460 | $288.32 | $0.00 | $288.32 | 04/26/2022 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 521-0 | COMMUNITY LOAN SERVICING LLC | | 03/16/2022 | 2010445 | $576.62 | $0.00 | $576.62 | 03/29/2022 |
| 521-0 | COMMUNITY LOAN SERVICING LLC | | 01/19/2022 | 2008465 | $288.31 | $0.00 | $288.31 | 01/27/2022 |
| 521-0 | LOANCARE, LLC | | 12/15/2021 | 9012748 | $288.31 | $0.00 | $288.31 | 12/15/2021 |
| 521-0 | LOANCARE, LLC | | 11/16/2021 | 9012497 | $288.31 | $0.00 | $288.31 | 11/16/2021 |
| 521-0 | LOANCARE, LLC | | 10/14/2021 | 9012244 | $288.31 | $0.00 | $288.31 | 10/14/2021 |
| 521-0 | LOANCARE, LLC | | 09/14/2021 | 9011994 | $319.45 | $0.00 | $319.45 | 09/14/2021 |
| 521-0 | LOANCARE, LLC | | 08/18/2021 | 9011741 | $319.44 | $0.00 | $319.44 | 08/18/2021 |
| 521-0 | LOANCARE, LLC | | 07/14/2021 | 9011475 | $319.45 | $0.00 | $319.45 | 07/14/2021 |
| 521-0 | LOANCARE, LLC | | 06/16/2021 | 9011210 | $318.17 | $0.00 | $318.17 | 06/16/2021 |
| 521-0 | LOANCARE, LLC | | 05/18/2021 | 9010936 | $213.28 | $0.00 | $213.28 | 05/19/2021 |
| 521-0 | LOANCARE, LLC | | 03/17/2021 | 9010367 | $1,027.51 | $0.00 | $1,027.51 | 03/17/2021 |
| | | | | Sub-totals: | $11,405.40 | $0.00 | $11,405.40 | |
| | | | | Grand Total: | $11,405.40 | $0.00 | | |

## Disbursements for Claim

**Case:** 19-01816  DARYL E. GRUBB, JR.

**RUSHMORE SERVICING**
P.O. BOX 619094

DALLAS, TX  75261-

Acct No: 2734/PRE ARREARS/6605 WC

Sequence: 24
Modify:
Filed Date: 7/8/2019 12:00:00AM
Hold Code:

| | | | | | | |
|---|---|---|---|---|---|---|
| Amt Sched: | $243,688.00 | Debt: | $16,487.15 | Interest Paid: | | $0.00 |
| | | | | Accrued Int: | | $0.00 |
| Amt Due: | $0.00 | Paid: | $16,487.15 | Balance Due: | | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| **5200** | **RUSHMORE SERVICING** | | | | | | | |
| 520-0 | RUSHMORE SERVICING | | 05/22/2024 | 2036699 | $2,957.27 | $0.00 | $2,957.27 | |
| 520-0 | RIGHT PATH SERVICING | | 03/14/2024 | 2034710 | $1,535.38 | $0.00 | $1,535.38 | 03/27/2024 |
| 520-0 | RIGHT PATH SERVICING | | 02/14/2024 | 2033750 | $416.76 | $0.00 | $416.76 | 02/28/2024 |
| 520-0 | RIGHT PATH SERVICING | | 01/12/2024 | 2032814 | $25.43 | $0.00 | $25.43 | 01/24/2024 |
| 520-0 | RIGHT PATH SERVICING | | 11/15/2023 | 2030963 | $502.14 | $0.00 | $502.14 | 11/29/2023 |
| 520-0 | RIGHT PATH SERVICING | | 10/18/2023 | 2030028 | $514.29 | $0.00 | $514.29 | 11/14/2023 |
| 520-0 | RIGHT PATH SERVICING | | 06/13/2023 | 2026118 | $207.21 | $0.00 | $207.21 | 06/23/2023 |
| 520-0 | RIGHT PATH SERVICING | | 02/15/2023 | 2022143 | $445.49 | $0.00 | $445.49 | 02/24/2023 |
| 520-0 | RIGHT PATH SERVICING | | 01/18/2023 | 2021139 | $445.50 | $0.00 | $445.50 | 01/26/2023 |
| 520-0 | RIGHT PATH SERVICING | | 12/13/2022 | 2020147 | $340.91 | $0.00 | $340.91 | 12/22/2022 |
| 520-0 | COMMUNITY LOAN SERVICING LLC | | 09/13/2022 | 2016654 | $1,612.48 | $0.00 | $1,612.48 | 09/22/2022 |
| 520-0 | COMMUNITY LOAN SERVICING LLC | | 08/17/2022 | 2015583 | $511.24 | $0.00 | $511.24 | 08/30/2022 |
| 520-0 | COMMUNITY LOAN SERVICING LLC | | 05/17/2022 | 2012512 | $416.77 | $0.00 | $416.77 | 05/27/2022 |
| 520-0 | COMMUNITY LOAN SERVICING LLC | | 04/12/2022 | 2011460 | $416.76 | $0.00 | $416.76 | 04/26/2022 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | COMMUNITY LOAN SERVICING LLC | | 03/16/2022 | 2010445 | $833.54 | $0.00 | $833.54 | 03/29/2022 |
| 520-0 | COMMUNITY LOAN SERVICING LLC | | 01/19/2022 | 2008465 | $416.77 | $0.00 | $416.77 | 01/27/2022 |
| 520-0 | LOANCARE, LLC | | 12/15/2021 | 9012748 | $416.77 | $0.00 | $416.77 | 12/15/2021 |
| 520-0 | LOANCARE, LLC | | 11/16/2021 | 9012497 | $416.77 | $0.00 | $416.77 | 11/16/2021 |
| 520-0 | LOANCARE, LLC | | 10/14/2021 | 9012244 | $416.77 | $0.00 | $416.77 | 10/14/2021 |
| 520-0 | LOANCARE, LLC | | 09/14/2021 | 9011994 | $461.77 | $0.00 | $461.77 | 09/14/2021 |
| 520-0 | LOANCARE, LLC | | 08/18/2021 | 9011741 | $461.78 | $0.00 | $461.78 | 08/18/2021 |
| 520-0 | LOANCARE, LLC | | 07/14/2021 | 9011475 | $461.77 | $0.00 | $461.77 | 07/14/2021 |
| 520-0 | LOANCARE, LLC | | 06/16/2021 | 9011210 | $459.93 | $0.00 | $459.93 | 06/16/2021 |
| 520-0 | LOANCARE, LLC | | 05/18/2021 | 9010936 | $308.32 | $0.00 | $308.32 | 05/19/2021 |
| 520-0 | LOANCARE, LLC | | 03/17/2021 | 9010367 | $395.82 | $0.00 | $395.82 | 03/17/2021 |
| 520-0 | LOANCARE, LLC | | 01/19/2021 | 9009771 | $776.23 | $0.00 | $776.23 | 01/20/2021 |
| 520-0 | LOANCARE, LLC | | 12/10/2020 | 9009241 | $313.28 | $0.00 | $313.28 | 12/10/2020 |

Sub-totals: $16,487.15     $0.00  $16,487.15

Grand Total: $16,487.15    $0.00