United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Daryl E. Grubb, Jr.  
Jessica E. Grubb  
    Debtors

Case No. 19-01816-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 4  
Date Rcvd: Jun 24, 2024      Form ID: 3180W      Total Noticed: 48

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Daryl E. Grubb, Jr., Jessica E. Grubb, 6605 Woodland Drive, Spring Grove, PA 17362-8602 |
| 5191741 | + | Gregg L. Morris, Esq., 501 Corporate Drive, Southpointe Center, Suite 205, Canonsburg, PA 15317-8584 |
| 5607355 | + | Lakeview Loan Servicing, LLC, 7515 Irvine Center Drive, Irvine, CA 92618-2930 |
| 5607356 | + | Lakeview Loan Servicing, LLC, 7515 Irvine Center Drive, Irvine, CA , 92618, Lakeview Loan Servicing, LLC, 7515 Irvine Center Drive Irvine, CA 92618-2930 |
| 5192962 | + | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Jun 24 2024 18:40:14 | Lakeview Loan Servicing, LLC, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| cr | + | EDI: PRA.COM | Jun 24 2024 22:39:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5191728 | + | EDI: TSYS2 | Jun 24 2024 22:39:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 5191729 | + | EDI: CAPITALONE.COM | Jun 24 2024 22:39:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5199489 | | EDI: CAPITALONE.COM | Jun 24 2024 22:39:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5207581 | | Email/PDF: bncnotices@becket-lee.com | Jun 24 2024 18:55:22 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5191730 | + | Email/Text: bankruptcy@cavps.com | Jun 24 2024 18:46:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 5193148 | + | Email/Text: bankruptcy@cavps.com | Jun 24 2024 18:46:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5219734 | + | EDI: CITICORP | Jun 24 2024 22:39:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 5191731 | + | EDI: CITICORP | Jun 24 2024 22:39:00 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 5191732 | + | EDI: WFNNB.COM | Jun 24 2024 22:39:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5191733 | + | Email/Text: dylan.succa@commercialacceptance.net | Jun 24 2024 18:46:00 | Commercial Acceptance Company, 2300 Gettysburg Road, Suite 102, Camp Hill, PA |

| Recipient # | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5452628 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 24 2024 18:46:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| | | | | 17011-7303 |
| 5452627 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 24 2024 18:46:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 5191734 | + | Email/Text: electronicbkydocs@nelnet.net | Jun 24 2024 18:46:00 | Dept of Ed / 582 / Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 5193558 | | EDI: DISCOVER | Jun 24 2024 22:39:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5191740 | + | EDI: DISCOVER | Jun 24 2024 22:39:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 5211357 | | EDI: JEFFERSONCAP.COM | Jun 24 2024 22:45:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 5191742 | | EDI: JEFFERSONCAP.COM | Jun 24 2024 22:45:00 | Jefferson Capital Systems, LLC, Po Box 1999, Saint Cloud, MN 56302 |
| 5191743 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 24 2024 18:46:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 5196166 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 24 2024 18:55:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5191745 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 24 2024 18:55:08 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5219652 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jun 24 2024 18:46:00 | Lakeview Loan Servicing, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 5191744 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jun 24 2024 18:46:00 | LoanCare LLC, Attn: Consumer Solutions Dept, Po Box 8068, Virginia Beach, VA 23450-8068 |
| 5207055 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 24 2024 18:46:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5191746 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 24 2024 18:46:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 5191747 | + | Email/Text: Bankruptcies@nragroup.com | Jun 24 2024 18:46:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 5191748 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 24 2024 18:46:00 | PNC Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 5191749 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 24 2024 18:46:00 | Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 5220065 | | EDI: PRA.COM | Jun 24 2024 22:39:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, P O B 41067, NORFOLK, VA 23541 |
| 5191750 | | EDI: PRA.COM | Jun 24 2024 22:39:00 | Portfolio Recovery, 120 Corporate Blvd., Norfolk, VA 23502 |
| 5218948 | | EDI: PRA.COM | Jun 24 2024 22:39:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5191751 | + | EDI: PRA.COM | Jun 24 2024 22:39:00 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 5495990 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 24 2024 18:46:00 | RightPath Servicing, P.O. Box 619096, Dallas, TX 75261-9096 |
| 5495991 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 24 2024 18:46:00 | RightPath Servicing, P.O. Box 619096, Dallas, TX 75261, RightPath Servicing, P.O. Box 619096, |

| Recip ID | Bypass Reason | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5192962 | | ^ MEBN | Jun 24 2024 18:40:37 | Dallas, TX 75261-9096<br>Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5219795 | | + Email/Text: bncmail@w-legal.com | Jun 24 2024 18:46:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5191752 | | + EDI: WTRRNBANK.COM | Jun 24 2024 22:39:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 5191753 | | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jun 24 2024 18:46:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 5200516 | | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jun 24 2024 18:46:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5327232 | | Email/PDF: bncnotices@becket-lee.com | Jun 24 2024 18:55:12 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5198373 | | + Email/Text: electronicbkydocs@nelnet.net | Jun 24 2024 18:46:00 | US Department of Education c/o Nelnet, 121 S 13th St, Suite 201, Lincoln, NE 68508-1911 |
| 5191754 | | + Email/Text: bankruptcynotification@wellspan.org | Jun 24 2024 18:46:00 | Wellspan Health, 1001 South George Street, York, PA 17403-3676 |
| 5191772 | | + Email/Text: kcm@yatb.com | Jun 24 2024 18:46:00 | York Adams Tax Bureau, PO Box 15627, York, PA 17405-0156 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| | cr | Community Loan Servicing, LLC |
| 5191735 | *+ | Dept of Ed / 582 / Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 5191736 | *+ | Dept of Ed / 582 / Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 5191737 | *+ | Dept of Ed / 582 / Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 5191738 | *+ | Dept of Ed / 582 / Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 5191739 | *+ | Dept of Ed / 582 / Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 5191755 | *+ | Wellspan Health, 1001 South George Street, York, PA 17403-3676 |
| 5191756 | *+ | Wellspan Health, 1001 South George Street, York, PA 17403-3676 |
| 5191757 | *+ | Wellspan Health, 1001 South George Street, York, PA 17403-3676 |
| 5191758 | *+ | Wellspan Health, 1001 South George Street, York, PA 17403-3676 |
| 5191759 | *+ | Wellspan Health, 1001 South George Street, York, PA 17403-3676 |
| 5191760 | *+ | Wellspan Health, 1001 South George Street, York, PA 17403-3676 |
| 5191761 | *+ | Wellspan Health, 1001 South George Street, York, PA 17403-3676 |
| 5191762 | *+ | Wellspan Health, 1001 South George Street, York, PA 17403-3676 |
| 5191763 | *+ | Wellspan Health, 1001 South George Street, York, PA 17403-3676 |
| 5191764 | *+ | Wellspan Health, 1001 South George Street, York, PA 17403-3676 |
| 5191765 | *+ | Wellspan Health, 1001 South George Street, York, PA 17403-3676 |
| 5191766 | *+ | Wellspan Health, 1001 South George Street, York, PA 17403-3676 |
| 5191767 | *+ | Wellspan Health, 1001 South George Street, York, PA 17403-3676 |
| 5191768 | *+ | Wellspan Health, 1001 South George Street, York, PA 17403-3676 |
| 5191769 | *+ | Wellspan Health, 1001 South George Street, York, PA 17403-3676 |
| 5191770 | *+ | Wellspan Health, 1001 South George Street, York, PA 17403-3676 |
| 5191771 | *+ | Wellspan Health, 1001 South George Street, York, PA 17403-3676 |

TOTAL: 1 Undeliverable, 22 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2024            Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L Spivack | on behalf of Creditor Lakeview Loan Servicing LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Christopher M. McMonagle | on behalf of Creditor Lakeview Loan Servicing LLC christopher.mcmonagle@bbs-law.com, bkecf@sterneisenberg.com |
| Daniel Philip Jones | on behalf of Creditor Lakeview Loan Servicing LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Denise E. Carlon | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Mario J. Hanyon | on behalf of Creditor Lakeview Loan Servicing LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Nicholas G. Platt | on behalf of Debtor 2 Jessica E. Grubb ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| Nicholas G. Platt | on behalf of Debtor 1 Daryl E. Grubb Jr. ngp@mooney4law.com, plattnr61895@notify.bestcase.com |
| Stephen Wade Parker | on behalf of Debtor 1 Daryl E. Grubb Jr. wparker@etzweilerwithers.com, Parker.WadeR106314@notify.bestcase.com |
| Stephen Wade Parker | on behalf of Debtor 2 Jessica E. Grubb wparker@etzweilerwithers.com Parker.WadeR106314@notify.bestcase.com |
| Steven P. Kelly | on behalf of Creditor Lakeview Loan Servicing LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 12

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Daryl E. Grubb Jr. <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9365 <br> EIN   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | Jessica E. Grubb <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7712 <br> EIN   __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:19–bk–01816–HWV | |

# Order of Discharge                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Daryl E. Grubb Jr.

Jessica E. Grubb
fka Jessica E. Palmisano

**By the court:**   *Henry W. Van Eck* (signature)

6/24/24

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W            **Chapter 13 Discharge**            page 2