**Fill in this information to identify the case:**

Debtor 1    <u>Daryl E. Grubb, Jr</u>

Debtor 2    <u>Jessica E. Grubb FKA JESSICA E. PALMISANO</u>
(Spouse, if filing)

United States Bankruptcy Court for the: <u>Middle</u> District of <u>Pennsylvania</u>

Case number <u>1:19-bk-01816-HWV</u>

## Form 4100R

# Response to Notice of Final Cure Payment     **10/15**

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1:    Mortgage Information

**Name of Creditor:**    <u>Lakeview Loan Servicing, LLC</u>        **Court claim no.** (if known):<u>15</u>

**Last 4 digits** of any number you use to identify the debtor's account: <u>2734</u>

**Property address:**    <u>6605 Woodland Dr</u>
                Number   Street
                <u>Hanover, PA 17362</u>
                City      State     ZIP Code

### Part 2:    Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default
on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default
on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date
of this response is:                              $ _____

### Part 3:    Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of
the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

     The next postpetition payment from the debtor(s) is due on: _____
                                                MM/DD/YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5)
of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.   Total postpetition ongoing payments due:                       (a) $ <u>3834.52</u>
     06/01/2024-07/01/2024: (2) payments in the amount of $1,917.26 each, no suspense available.

b.   Total fees, charges, expenses, escrow, and costs outstanding:         +(b) $ <u>1,957.20</u>
     PPFNs filed 10.16.19 and 02.05.2021

c.   **Total**. Add lines a and b.                              (c) $ <u>5791.72</u>

    Creditor asserts that the debtor(s) are contractually
    obligated for the postpetition payment(s) that first became       <u>06/01/2024</u>
    due on:                                      MM/DD/YYYY

| **Part 4:** | **Itemized Payment History** |
| --- | --- |

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ◾ all payments received;
- ◾ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ◾ all amounts the creditor contends remain unpaid.

| **Part 5:** | **Sign Here** |
| --- | --- |

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

**✖** /s/Mario Hanyon_____    Date 07/16/2024
         Signature

Print        Mario Hanyon_____    Title  Attorney_____
             First Name          Middle Name          Last Name

Company      Brock & Scott, PLLC_____

**If different from the notice address listed on the proof of claim to which this response applies:**

Address      3825 Forrestgate Dr._____
             Number              Street

             Winston-Salem, NC 27103_____
             City                        State       ZIP Code

Contact phone  844-856-6646    Email PABKR@brockandscott.com

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*Harrisburg Division*

| | |
|---|---|
| IN RE:<br>Daryl E. Grubb, Jr AND Jessica E. Grubb FKA JESSICA E. PALMISANO | Case No. 1:19-bk-01816-HWV |
| Lakeview Loan Servicing, LLC,<br>     Movant<br><br>vs.<br><br>Daryl E. Grubb, Jr AND Jessica E. Grubb FKA JESSICA E. PALMISANO,<br>     Debtors | Chapter 13 |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing Response to Notice of Final Cure Payment has been electronically served or mailed, postage prepaid on this day to the following:

Via Electronic Notice:

Stephen Wade Parker, Debtor's Attorney
105 N. Front Street
Suite 100
Harrisburg, PA 17101
wparker@etzweilerwithers.com

Nicholas G. Platt, Debtor's Attorney
230 York Street
Hanover, PA 17331


Jack N Zaharopoulos, Bankruptcy Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee, US Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102

# NOTICE OF FINAL CURE
## Post-Petition Ledger

| Filed By: | Daryl E. Grubb, Jr.<br>Jessica E. Grubb | Payment Changes | | |
|---|---|---|---|---|
| **Case Number:** | 19-01816 | **From Date** | **To Date** | **Total Amount** |
| **Filing Date:** | 4/29/2019 | 5/1/2019 | 6/1/2020 | $ 1,855.08 |
| **Loan No:** | ▮▮▮▮▮ | 7/1/2020 | 5/1/2021 | $ 1,900.90 |
| **Payments in POC:** | 10/1/18 - 4/1/19 | 6/1/2021 | 5/1/2022 | $ 1,869.58 |
| **First Post Due Date:** | 05/01/19 | 6/1/2022 | 5/1/2023 | $ 1,890.31 |
| **ADDED TO PREPET SIDE** | 8/1/20 - 1/1/21 | 6/1/2023 | 5/1/2024 | $ 1,910.49 |
| | | 6/1/2024 | | $ 1,917.26 |
| | | | | $ - |
| | | | | $ - |

| Date | Amount Received | Applied To | Post Petition Amount Due | Post Suspense Balance |
|---|---|---|---|---|
| | | | | $ - |
| | | | | $ - |
| 7/17/2019 | $ 3,710.16 | 5/1/2019 | $ 1,855.08 | $ 1,855.08 |
| 7/18/2019 | | 06/01/19 | $ 1,855.08 | $ - |
| 7/18/2019 | | | | $ - |
| 8/12/2019 | $ 1,855.08 | 07/01/19 | $ 1,855.08 | $ - |
| 8/13/2019 | | | | $ - |
| 9/30/2019 | $ 1,855.08 | 08/01/19 | $ 1,855.08 | $ - |
| 10/16/2019 | $ 1,855.08 | 09/01/19 | $ 1,855.08 | $ - |
| 10/17/2019 | | | | $ - |
| 11/14/2019 | $ 1,855.08 | 10/01/19 | $ 1,855.08 | $ - |
| 11/15/2019 | | | | $ - |
| 12/16/2019 | $ 1,855.08 | 11/01/19 | $ 1,855.08 | $ - |
| 12/17/2019 | | | | $ - |
| 1/23/2020 | $ 1,855.08 | 12/01/19 | $ 1,855.08 | $ - |
| 1/24/2020 | | | | $ - |
| 3/17/2020 | $ 1,855.08 | 01/01/20 | $ 1,855.08 | $ - |
| 4/22/2020 | $ 3,710.16 | 02/01/20 | $ 1,855.08 | $ 1,855.08 |
| 4/22/2020 | | 03/01/20 | $ 1,855.08 | $ - |
| 5/15/2020 | $ 1,855.08 | 04/01/20 | $ 1,855.08 | $ - |
| 7/15/2020 | $ 1,855.08 | 05/01/20 | $ 1,855.08 | $ - |
| 8/21/2020 | $ 1,855.08 | 06/01/20 | $ 1,855.08 | $ - |
| 9/23/2020 | $ 1,900.90 | 07/01/20 | $ 1,900.90 | $ - |
| | | add to prepet side -TRUSTEE CLAIM 5210 | | $ - |
| 10/20/2020 | $ 1,900.90 | 02/01/21 | $ 1,900.90 | $ - |
| 12/17/2020 | | | | $ - |
| 3/19/2021 | $ 1,900.90 | 03/01/21 | $ 1,900.90 | $ - |
| 4/19/2021 | $ 1,900.90 | 04/01/21 | $ 1,900.90 | $ - |
| 5/21/2021 | $ 1,900.90 | 05/01/21 | $ 1,900.90 | $ - |
| 6/18/2021 | $ 1,869.58 | 06/01/21 | $ 1,869.58 | $ - |
| 7/16/2021 | $ 1,869.58 | 07/01/21 | $ 1,869.58 | $ - |
| 8/23/2021 | $ 1,869.58 | 08/01/21 | $ 1,869.58 | $ - |
| 9/16/2021 | $ 1,869.58 | 09/01/21 | $ 1,869.58 | $ - |
| 10/18/2021 | $ 1,869.58 | 10/01/21 | $ 1,869.58 | $ - |
| 12/8/2021 | $ 1,869.58 | 11/01/21 | $ 1,869.58 | $ - |
| 12/27/2021 | $ 1,869.58 | 12/01/21 | $ 1,869.58 | $ - |
| 1/25/2022 | $ 1,869.58 | 01/01/22 | $ 1,869.58 | $ - |
| 3/23/2022 | | | | $ - |
| 3/25/2022 | $ 3,739.16 | 02/01/22 | $ 1,869.58 | $ 1,869.58 |

| | | | | | |
|---|---|---|---|---|---|
| 3/25/2022 | | | 03/01/22 | $ 1,869.58 | $ - |
| 3/28/2022 | | | | | $ - |
| 3/28/2022 | | | | | $ - |
| 3/28/2022 | | | | | $ - |
| 3/28/2022 | | | | | $ - |
| 3/28/2022 | | | | | $ - |
| 3/28/2022 | | | | | $ - |
| 3/28/2022 | | | | | $ - |
| 3/28/2022 | | | | | $ - |
| 3/28/2022 | | | | | $ - |
| 3/28/2022 | | | | | $ - |
| 3/28/2022 | | | | | $ - |
| 3/30/2022 | | | | | $ - |
| 4/22/2022 | $ 1,869.58 | | 04/01/22 | $ 1,869.58 | $ - |
| 5/24/2022 | $ 1,869.58 | | 05/01/22 | $ 1,869.58 | $ - |
| 5/25/2022 | | | | | $ - |
| 07/20/22 | $ 1,890.31 | | 06/01/22 | $ 1,890.31 | $ - |
| 07/20/22 | | | | | $ - |
| 08/24/22 | $ 1,890.31 | | 07/01/22 | $ 1,890.31 | $ - |
| 08/24/22 | $ 1,890.31 | | 08/01/22 | $ 1,890.31 | $ - |
| 08/25/22 | | | | | $ - |
| 08/25/22 | | | | | $ - |
| 09/20/22 | | | | | $ - |
| 09/20/22 | $ 1,890.31 | | 09/01/22 | $ 1,890.31 | $ - |
| 09/20/22 | | | | | $ - |
| 12/08/22 | $ 1,890.31 | | 10/01/22 | $ 1,890.31 | $ - |
| 12/09/22 | | | | | $ - |
| 12/21/22 | $ 1,890.31 | | 11/01/22 | $ 1,890.31 | $ - |
| 12/21/22 | $ 1,890.31 | | 12/01/22 | $ 1,890.31 | $ - |
| 12/21/22 | | | | | $ - |
| 12/21/22 | | | | | $ - |
| 01/24/23 | $ 1,890.31 | | 01/01/23 | $ 1,890.31 | $ - |
| 02/22/23 | | | | | $ - |
| 02/22/23 | $ 1,890.31 | | 02/01/23 | $ 1,890.31 | $ - |
| 02/22/23 | | | | | $ - |
| 04/25/23 | | | | | $ - |
| 05/23/23 | $ 1,890.31 | | 03/01/23 | $ 1,890.31 | $ - |
| 05/24/23 | $ 1,890.31 | | 04/01/23 | $ 1,890.31 | $ - |
| 06/21/23 | $ 1,890.31 | | 05/01/23 | $ 1,890.31 | $ - |
| 06/21/23 | $ 1,910.49 | | 06/01/23 | $ 1,910.49 | $ - |
| 06/21/23 | | | | | $ - |
| 06/21/23 | | | | | $ - |
| 09/27/23 | $ 1,910.49 | | 07/01/23 | $ 1,910.49 | $ - |
| 09/27/23 | $ 1,910.49 | | 08/01/23 | $ 1,910.49 | $ - |
| 09/27/23 | | | | | $ - |
| 09/27/23 | | | | | $ - |
| 10/24/23 | $ 1,910.49 | | 09/01/23 | $ 1,910.49 | $ - |
| 11/20/23 | | | | | $ - |
| 11/22/23 | $ 1,910.49 | | 10/01/23 | $ 1,910.49 | $ - |
| 11/22/23 | | | | | $ - |
| 01/19/24 | $ 1,910.49 | | 11/01/23 | $ 1,910.49 | $ - |
| 01/19/24 | $ 1,910.49 | | 12/01/23 | $ 1,910.49 | $ - |
| 01/22/24 | | | | | $ - |
| 01/22/24 | | | | | $ - |
| 02/21/24 | $ 1,910.49 | | 01/01/24 | $ 1,910.49 | $ - |
| 02/26/24 | | | | | $ - |
| 03/19/24 | $ 1,910.49 | | 02/01/24 | $ 1,910.49 | $ - |
| 04/11/24 | | | | | $ - |
| 04/11/24 | | | | | $ - |
| 05/10/24 | $ 1,910.49 | | 03/01/24 | $ 1,910.49 | $ - |

| | | | | | |
|---|---|---|---|---|---|
| 05/13/24 | | | | | $ - |
| 05/29/24 | $ 1,910.49 | 04/01/24 | $ 1,910.49 | | $ - |
| 05/29/24 | | | | | $ - |
| 06/17/24 | $ 1,910.49 | 05/01/24 | $ 1,910.49 | | $ - |
| 06/18/24 | | | | | $ - |
| dq payments | | 06/01/24 | $ 1,917.26 | | $ (1,917.26) |
| | | 07/01/24 | $ 1,917.26 | | $ (3,834.52) |
| | | PPFN 10/16/19 | $ 1,404.70 | | $ (5,239.22) |
| | | PPFN 2/5/21 | $ 552.50 | | $ (5,791.72) |
| | | | | | $ (5,791.72) |
| | | | | | $ (5,791.72) |
| | | | | | $ (5,791.72) |

**Fill in this information to identify the case:**

Debtor 1   Daryl E. Grubb, Jr

Debtor 2   Jessica E. Grubb FKA JESSICA E. PALMISANO
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of Pennsylvania

Case number 1:19-bk-01816-HWV

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

| **Part 1:** | **Mortgage Information** |
|---|---|

**Name of Creditor:**   Lakeview Loan Servicing, LLC     **Court claim no.** (if known): 15

**Last 4 digits** of any number you use to identify the debtor's account: 2734

**Property address:**    6605 Woodland Dr
                Number  Street
                Hanover, PA 17362
                City       State     ZIP Code

| **Part 2:** | **Prepetition Default Payments** |
|---|---|

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default
    on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default
    on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date
    of this response is:                                         $ _____

| **Part 3:** | **Postpetition Mortgage Payment** |
|---|---|

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of
    the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

    The next postpetition payment from the debtor(s) is due on: _____
                                                  MM/DD/YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5)
    of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

    Creditor asserts that the total amount remaining unpaid as of the date of this response is:

    a.   Total postpetition ongoing payments due:                               (a) $ 1,924.03
    06/01/2024-07/01/2024: (2) payments in the amount of $1,917.26 each, less suspense in the amount of
    $1,910.49

    b.   Total fees, charges, expenses, escrow, and costs outstanding:             +(b) $ 1,957.20
       PPFNs filed 10.16.19 and 02.05.2021

    c.   **Total**. Add lines a and b.                                           (c) $ 3,881.23

    Creditor asserts that the debtor(s) are contractually
    obligated for the postpetition payment(s) that first became         06/01/2024
    due on:                                            MM/DD/YYYY

| Part 4: | Itemized Payment History |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

| Part 5: | Sign Here |
|---|---|

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

**✗** <u>/s/Mario Hanyon</u>                                          Date <u>07/16/2024</u>
       Signature

Print       <u>Mario Hanyon</u>                                          Title  <u>Attorney</u>
            First Name          Middle Name          Last Name

Company     <u>Brock & Scott, PLLC</u>

**If different from the notice address listed on the proof of claim to which this response applies:**

Address     <u>3825 Forrestgate Dr.</u>
            Number          Street

            <u>Winston-Salem, NC 27103</u>
            City                    State          ZIP Code

Contact phone  <u>844-856-6646</u>   Email <u>PABKR@brockandscott.com</u>

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**
*Harrisburg Division*

| | |
|---|---|
| IN RE:<br>Daryl E. Grubb, Jr AND Jessica E. Grubb FKA<br>JESSICA E. PALMISANO | Case No. 1:19-bk-01816-HWV |
| Lakeview Loan Servicing, LLC,<br>        Movant<br><br>vs.<br><br>Daryl E. Grubb, Jr AND Jessica E. Grubb FKA<br>JESSICA E. PALMISANO,<br>        Debtors | Chapter 13 |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing Response to Notice of Final Cure Payment has been electronically served or mailed, postage prepaid on this day to the following:

Via Electronic Notice:

Stephen Wade Parker, Debtor's Attorney
105 N. Front Street
Suite 100
Harrisburg, PA 17101
wparker@etzweilerwithers.com

Nicholas G. Platt, Debtor's Attorney
230 York Street
Hanover, PA 17331


Jack N Zaharopoulos, Bankruptcy Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee, US Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102

Via First Class Mail:

Daryl E. Grubb, Jr
6605 Woodland Drive
Spring Grove, PA 17362

Jessica E. Grubb
6605 Woodland Drive
Spring Grove, PA 17362

Date: <u>July 16, 2024</u>

<div style="margin-left:40%;">

*/s/Mario Hanyon*
Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

</div>

| Fill in this information to identify the case: |
| --- |

Debtor 1    <u>Daryl E. Grubb, Jr.</u>

Debtor 2    <u>Jessica E. Grubb fka Jessica E. Palmisano</u>
(Spouse, if filing)

United States Bankruptcy Court for the: <u>Middle District of Pennsylvania</u>

                                                             (State)

Case number    <u>19-01816-HWV</u>

## Official Form 410S2
# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** <u>Lakeview Loan Servicing, LLC c/o LoanCare, LLC</u>    **Court claim no.** (if known):   <u>15</u>

**Last 4 digits** of any number you use to
identify the debtor's account:           XXXXXX9882

**Does this notice supplement a prior notice of postpetition fees,
expenses, and charges?**

X   No

o   Yes.   Date of the last note: _____/_____/_____

---

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |
| --- | --- |

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates incurred | | Amount |
| --- | --- | --- | --- |
| 1. Late charges | | (1) | $ <u>0.00</u> |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ <u>0.00</u> |
| 3. Attorney fees | 05/14/2019 Plan Review ($225.00) 05/20/2019 Objection to Plan ($500.00) | (3) | $ <u>725.00</u> |
| 4. Filing fees and court costs | | (4) | $ <u>0.00</u> |
| 5. Bankruptcy/Proof of claim fees | 06/28/2019 Proof of Claim 410 A Form ($250.00) 07/08/2019 Proof of Claim ($425.00) | (5) | $ <u>675.00</u> |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ <u>0.00</u> |
| 7. Property inspection fees | | (7) | $ <u>0.00</u> |
| 8. Tax advances (non-escrow) | | (8) | $ <u>0.00</u> |
| 9. Insurance advances (non-escrow) | | (9) | $ <u>0.00</u> |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ <u>0.00</u> |
| 11. Other. Specify: <u>Mailing Costs</u> | 05/03/2019 Notice of Appearance ($1.50) 07/09/2019 Proof of Claim ($3.20) | (11) | $ <u>4.70</u> |
| 12. Other. Specify:_____ | | (12) | $ <u>0.00</u> |
| 13. Other. Specify:_____ | | (13) | $ <u>0.00</u> |
| 14. Other. Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1332(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1    Daryl E. Grubb, Jr.                                    Case number (if known) 19-01816-HWV

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and
telephone number.

*Check the appropriate box:*

o      I am the creditor.

X      I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my
knowledge, information, and reasonable belief:**

X    /s/ Christopher M. McMonagle                    Date  October 16, 2019
     Signature

Print:     Christopher M. McMonagle                  Title: Attorney for Creditor
           First Name    Middle Name   Last Name

Company    Stern & Eisenberg, PC

Address    1581 Main Street, Suite 200
           Number          Street

           Warrington         PA          18976
           City               State       ZIP Code

Contact phone (215) 572-8111                         Email   cmcmonagle@sterneisenberg.com

**Fill in this information to identify the case:**

Debtor 1   Daryl E. Grubb Jr.

Debtor 2   Jessica E. Grubb fka Jessica E. Palmisano
(Spouse, if filing)

United States Bankruptcy Court for the:   Middle District of Pennsylvania

Case number   19-01816-HWV                                    (State)

## Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** Lakeview Loan Servicing, LLC c/o LoanCare, LLC        **Court claim no.** (if known): 15

**Last 4 digits** of any number you use to
identify the debtor's account:                          XXXXXX9882

**Does this notice supplement a prior notice of postpetition fees,
expenses, and charges?**

o   No

X   Yes.  Date of the last note: __10__/__16__/__2019_____

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |
|---|---|

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ 0.00 |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. Attorney fees | 11/24/2020 Plan Objection ($550.00) | (3) | $ 550.00 |
| 4. Filing fees and court costs | | (4) | $ 0.00 |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ 0.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. Property inspection fees | | (7) | $ 0.00 |
| 8. Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. Property preservation expenses.  Specify:_____ | | (10) | $ 0.00 |
| 11. Other.  Specify:_____ Service Costs _____ | 11/25/2020 Statutory Mailings ($2.50) | (11) | $ 2.50 |
| 12. Other.  Specify:_____ | | (12) | $ 0.00 |
| 13. Other.  Specify:_____ | | (13) | $ 0.00 |
| 14. Other.  Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1332(b)(5) and Bankruptcy Rule 3002.1.

| Part 2: | Sign Here |
|---------|-----------|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

o   I am the creditor.

X   I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief:**


X   /s/  Daniel P. Jones                          Date  February 5, 2021
    Signature


Print:       Daniel P. Jones                            Title: Attorney for Creditor
             First Name    Middle Name  Last Name


Company      Stern & Eisenberg, PC


Address      1581 Main Street, Suite 200
             Number          Street

             Warrington              PA            18976
             City                    State        ZIP Code


Contact phone (215) 572-8111                    Email   djones@sterneisenberg.com