United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-01816-HWV |
| Daryl E. Grubb, Jr. | Chapter 13 |
| Jessica E. Grubb | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2
Date Rcvd: Sep 12, 2024      Form ID: fnldec      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2024:**

Recip ID      Recipient Name and Address
db/jdb      +   Daryl E. Grubb, Jr., Jessica E. Grubb, 6605 Woodland Drive, Spring Grove, PA 17362-8602

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2024 at the address(es) listed below:

**Name**      **Email Address**

Andrew L Spivack
     on behalf of Creditor Lakeview Loan Servicing LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com

Christopher M. McMonagle
     on behalf of Creditor Lakeview Loan Servicing LLC christopher.mcmonagle@bbs-law.com, bkecf@sterneisenberg.com

Daniel Philip Jones
     on behalf of Creditor Lakeview Loan Servicing LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com

Denise E. Carlon
     on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Jack N Zaharopoulos
     TWecf@pamd13trustee.com

Mario J. Hanyon

on behalf of Creditor Lakeview Loan Servicing LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Nicholas G. Platt

on behalf of Debtor 1 Daryl E. Grubb Jr. ngp@mooney4law.com, plattnr61895@notify.bestcase.com

Nicholas G. Platt

on behalf of Debtor 2 Jessica E. Grubb ngp@mooney4law.com plattnr61895@notify.bestcase.com

Stephen Wade Parker

on behalf of Debtor 2 Jessica E. Grubb wparker@etzweilerwithers.com Parker.WadeR106314@notify.bestcase.com

Stephen Wade Parker

on behalf of Debtor 1 Daryl E. Grubb Jr. wparker@etzweilerwithers.com, Parker.WadeR106314@notify.bestcase.com

Steven P. Kelly

on behalf of Creditor Lakeview Loan Servicing LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 12

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Daryl E. Grubb Jr., | Chapter 13 |
| **Debtor 1** | |
| | Case No. 1:19−bk−01816−HWV |
| Jessica E. Grubb, | |
| fka Jessica E. Palmisano, | |
| **Debtor 2** | |

Social Security No.:
    xxx−xx−9365    xxx−xx−7712

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

    **Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: September 12, 2024

**fnldec** (01/22)