**Fill in this information to identify the case:**

Debtor 1      Daryl E. Grubb Jr.

Debtor 2      Jessica E. Grubb fka Jessica E. Palmisano
(Spouse, if filing)

United States Bankruptcy Court for the:   Middle District of Pennsylvania

                                                          (State)

Case number    19-01816-HWV

## Official Form 410S1

# Notice of Mortgage Payment Change      **12/15**

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:**    Lakeview Loan Servicing, LLC c/o LoanCare, LLC

**Court claim no.** (if known):

**Last 4 digits** of any number you use to identify the debtor's account:     9882

**Date of payment change:**
Must be at least 21 days after date of this notice      06/01/2021

**New total payment:**      $ 1,869.58
Principal, interest, and escrow, if any

**Part 1:**   Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

☐ No
☒ Yes.    Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
_____

**Current escrow payment:**    $ 701.25   **New escrow payment:**    $ 715.75

**Part 2:**   Mortgage Payment Adjustment

**2.   Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☒ No
☐ Yes.    Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
_____

     **Current interest rate**      _____%      **New interest rate:**    _____%

     **Current principal and interest payment:** $ _____      **New principal and interest payment: $**_____

**Part 3:**   Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No
☐ Yes.    Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*
     Reason for change: _____
     **Current mortgage payment:** $ _____      **New mortgage payment:** $ _____

| Part 4: | Sign Here |
|---------|-----------|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

☐  I am the creditor.

☒  I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief:**

<u>/s/Daniel P. Jones</u>                         Date <u>April 16, 2021</u>
Signature

Print:      <u>Daniel P. Jones, Bar ID# 321876</u>          Title: <u>Attorney for Creditor</u>
             First Name        Middle Name     Last Name

Company     <u>Stern & Eisenberg, P.C.</u>

Address     <u>1581 Main Street, Suite 200 The Shops at Valley Square</u>
             Number            Street

             <u>Warrington, PA 18976</u>
             City                  State       ZIP Code

Contact phone <u>215-572-8111</u>        Email    <u>djones@sterneisenberg.com</u>

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Notice of Payment Change was served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date to the following:

DATE:    <u>April 16, 2021</u>

| | |
|---|---|
| Stephen Wade Parker | Charles J. DeHart, III (Trustee) |
| 230 York Street | 8125 Adams Drive, Suite A |
| Hanover, PA 17331 | Hummelstown, PA 17036 |
| Mooneybkecf@gmail.com | dehartstaff@pamd13trustee.com |
| **Counsel for Debtor** | **Bankruptcy Trustee** |

Asst. U.S. Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA 17101
ustpregion03.ha.ecf@usdoj.gov
**US Trustee**

and by standard first-class mail postage prepaid to:

Daryl E. Grubb Jr.
6605 Woodland Drive
Spring Grove, PA 17362

Jessica E. Grubb fka Jessica E. Palmisano
6605 Woodland Drive
Spring Grove, PA 17362
**Debtor(s)**

<u>/s/ Daniel P. Jones</u>
By:  Daniel P. Jones, Bar No: 321876
Stern & Eisenberg, P.C.
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
djones@sterneisenberg.com
Phone: 215-572-8111
Fax: (215) 572-5025
Counsel for Movant


DARYL EUGENE GRUBB JR
C/O STEPHEN WADE PARKER ATTY
JAMES EDWIN PALMISANO JR
230 YORK ST
HANOVER PA 17331-3270

**Statement Date:**     **03/31/2021**

### Annual Escrow Account Disclosure Statement

| | |
|---|---|
| **Loan Number:** | |
| **Review Period:** | 07/2020 to 05/2021 |
| **Escrow Surplus:** | **$103.38** |

### Current Mortgage Payment

| | |
|---|---|
| **Principal and/or Interest:** | $1,153.83 |
| **Escrow** (Taxes and/or Insurance): | $718.70 |
| Prorated Overage: | $-17.45 |
| **Total Monthly Payment:** | **$1,855.08** |

### New Mortgage Payment

| | |
|---|---|
| Principal and/or Interest: | $1,153.83 |
| Escrow (Taxes and/or Insurance): | $715.75 |
| **Total New Monthly Payment:** | **$1,869.58** |
| **Effective Due Date:** | **06/01/2021** |

### Contact Us

**Customer Service/Pay-by-Phone**
1.800.509.0183*
*Calls are randomly monitored and recorded to ensure quality service.

**Hours**
Monday - Friday: 8 a.m. to 10 p.m. EST
Saturday: 8 a.m. to 3 p.m. EST
**Website:**
**www.LakeviewLoanServicing.MyLoanCare.com**

**Autodraft Customers:** If your mortgage payment amount has changed, we'll adjust your payment for you.

**Online Bill Payment Customers:** If your mortgage payment amount has changed, you will need to contact your financial services provider to adjust your payment.

### Account History

The following statement of activity in your escrow account from 07/2020 through 05/2021 displays actual activity as it occurred in your escrow account during that period. If your loan was transferred by another mortgage servicer, the prior projection information may not be included below.

| Month | Activity | Projected Amount | Actual Amount | Projected Escrow Balance | Actual Escrow Balance |
|---|---|---|---|---|---|
| | **Starting Balance** | | | **$4,262.87** | **$-3,796.07** |
| July | Deposit | $718.70 | $701.25* | $4,981.57 | $-3,094.82 |
| July | MIP/PMI Disbursement | $159.66 | * | $4,821.91 | $-3,094.82 |
| July | MIP/PMI Disbursement | | $159.66* | $4,821.91 | $-3,254.48 |
| August | Deposit | $718.70 | $701.25* | $5,540.61 | $-2,553.23 |
| August | MIP/PMI Disbursement | $159.66 | * | $5,380.95 | $-2,553.23 |
| August | Other Tax Disbursement | $4,262.87 | $4,135.37* | $1,118.08 | $-6,688.60 |
| August | MIP/PMI Disbursement | | $159.66* | $1,118.08 | $-6,848.26 |
| September | Deposit | $718.70 | $701.25* | $1,836.78 | $-6,147.01 |
| September | MIP/PMI Disbursement | $159.66 | * | $1,677.12 | $-6,147.01 |
| September | MIP/PMI Disbursement | | $159.66* | $1,677.12 | $-6,306.67 |
| October | Deposit | $718.70 | $701.25* | $2,395.82 | $-5,605.42 |
| October | MIP/PMI Disbursement | $159.66 | * | $2,236.16 | $-5,605.42 |
| October | MIP/PMI Disbursement | | $159.66* | $2,236.16 | $-5,765.08 |
| November | Deposit | $718.70 | $0.00 | $2,954.86 | $-5,765.08 |
| November | MIP/PMI Disbursement | $159.66 | * | $2,795.20 | $-5,765.08 |
| November | MIP/PMI Disbursement | | $159.66* | $2,795.20 | $-5,924.74 |
| December | Deposit | $718.70 | $701.25* | $3,513.90 | $-5,223.49 |
| December | MIP/PMI Disbursement | $159.66 | * | $3,354.24 | $-5,223.49 |
| December | MIP/PMI Disbursement | | $159.66* | $3,354.24 | $-5,383.15 |
| January | Deposit | $718.70 | $0.00 | $4,072.94 | $-5,383.15 |
| January | MIP/PMI Disbursement | $159.66 | * | $3,913.28 | $-5,383.15 |
| January | Hazard Insurance Disbursement | $1,058.67 | $1,193.06* | $2,854.61 | $-6,576.21 |
| January | MIP/PMI Disbursement | | $159.66* | $2,854.61 | $-6,735.87 |
| February | Deposit | $718.70 | $0.00 | $3,573.31 | $-6,735.87 |

*See reverse side for additional important information.*

Loan Number:

DARYL EUGENE GRUBB JR
C/O STEPHEN WADE PARKER ATTY
JAMES EDWIN PALMISANO JR
230 YORK ST
HANOVER PA 17331-3270

### Surplus Amount

$103.38

**Due to the delinquent status of your account, we will retain your remaining surplus.**

Lakeview Loan Servicing, LLC
ATTN: Cashiering Department
P.O. Box 8068
Virginia Beach, VA 23450

## Account History

| Month | Activity | Projected Amount | Actual Amount | Projected Escrow Balance | Actual Escrow Balance |
|---|---|---|---|---|---|
| February | MIP/PMI Disbursement | $159.66 | $159.66 | $3,413.65 | $-6,895.53 |
| March | Deposit | $718.70 | $0.00 | $4,132.35 | $-6,895.53 |
| March | MIP/PMI Disbursement | $159.66 | * | $3,972.69 | $-6,895.53 |
| March | City Tax Disbursement | $1,386.95 | $1,386.95 | $2,585.74 | $-8,282.48 |
| March | MIP/PMI Disbursement | | $156.14* | $2,585.74 | $-8,438.62 |
| April | Deposit | $718.70 | $10,976.95*E | $3,304.44 | $2,538.33 |
| April | MIP/PMI Disbursement | $159.66 | $156.14*E | $3,144.78 | $2,382.19 |
| May | Deposit | $718.70 | $747.07*E | $3,863.48 | $3,129.26 |
| May | MIP/PMI Disbursement | $159.66 | $156.14*E | $3,703.82 | $2,973.12 |
| | Total Deposits | $7,905.70 | $15,230.27 | | |
| | Total Disbursements | $8,464.75 | $8,461.08 | | |
| | **Account Balance as of 05/31/2021** | | | | **$2,973.12** |

*An asterisk (\*) appearing next to the amount indicates a difference from projected activity either in the amount or the date. The letter "E" next to an amount indicates that the payment or disbursement has not yet occurred, but is estimated to occur on the date shown.*

Last year we anticipated that Disbursements would be made from your Escrow Account during the period equaling $8,624.41. Your lowest monthly escrow balance should not have exceeded $1,118.08, which is either 1/6 (also equal to no more than two months) of the total projected payments from the account as required by federal law or the reasonable amount required by state law or the amount required by your mortgage contract. Your actual lowest monthly balance was $-8,438.62. The items with an asterisk on your Account History may explain this. For further explanation, call our toll-free number shown under the Contact Us section on this statement.

## Total Anticipated Annual Disbursement

We anticipate paying the escrow items listed below on your behalf in the upcoming 12-month period. The dollar amount shown may be the last amount paid for that item, or we may project the amount due as defined by federal law.

| Tax | | | Insurance | | |
|---|---|---|---|---|---|
| Item | Annual Expense | Anticipated Date(s) of Payment | Item | Annual Expense | Anticipated Date(s) of Payment |
| School Tax Disbursement | $4,135.37 | August 2021 | MIP/PMI Disbursement | $156.14 | June 2021 |
| City Tax Disbursement | $1,386.95 | March 2022 | MIP/PMI Disbursement | $156.14 | July 2021 |
| | | | MIP/PMI Disbursement | $156.14 | August 2021 |
| | | | MIP/PMI Disbursement | $156.14 | September 2021 |
| | | | MIP/PMI Disbursement | $156.14 | October 2021 |
| | | | MIP/PMI Disbursement | $156.14 | November 2021 |
| | | | MIP/PMI Disbursement | $156.14 | December 2021 |
| | | | MIP/PMI Disbursement | $156.14 | January 2022 |
| | | | Hazard Insurance Disbursement | $1,193.06 | January 2022 |
| | | | MIP/PMI Disbursement | $156.14 | February 2022 |
| | | | MIP/PMI Disbursement | $156.14 | March 2022 |
| | | | MIP/PMI Disbursement | $156.14 | April 2022 |
| | | | MIP/PMI Disbursement | $156.14 | May 2022 |

**Total Anticipated Annual Disbursement = $8,589.06**

## Account Projections

The following information covers your projected escrow account activity from 06/2021 to 05/2022. All payments we anticipate receiving as well as disbursements we anticipate making on your behalf are included, along with the Projected Escrow Account Balance, derived by carrying forward your current actual escrow balance. The required Escrow Account Balance displays the amount actually required to be on hand as specified by federal law, state law, or your mortgage documents, and may include a cushion of up to one-sixth of your annual disbursements. Please retain this statement for comparison with the actual activity in your account at the end of the next escrow analysis cycle.

| Month | Projected Payments | Disbursements | | Description | Projected Escrow Account Balance | Required Escrow Account Balance |
|---|---|---|---|---|---|---|
| | Projected | Projected | | | | |
| | | | | Beginning Balance | **$2,973.12** | **$3,575.76** |
| June | $715.75 | $156.14 | | MIP/PMI Disbursement | $3,532.73 | $4,135.37 |
| July | $715.75 | $156.14 | | MIP/PMI Disbursement | $4,092.34 | $4,694.98 |
| August | $715.75 | $156.14 | | MIP/PMI Disbursement | $4,651.95 | $5,254.59 |
| August | | $4,135.37 | | Other Tax Disbursement | $516.58 | $1,119.22 |
| September | $715.75 | $156.14 | | MIP/PMI Disbursement | $1,076.19 | $1,678.83 |
| October | $715.75 | $156.14 | | MIP/PMI Disbursement | $1,635.80 | $2,238.44 |
| November | $715.75 | $156.14 | | MIP/PMI Disbursement | $2,195.41 | $2,798.05 |
| December | $715.75 | $156.14 | | MIP/PMI Disbursement | $2,755.02 | $3,357.66 |
| January | $715.75 | $156.14 | | MIP/PMI Disbursement | $3,314.63 | $3,917.27 |
| January | | $1,193.06 | | Hazard Insurance Disbursement | $2,121.57 | $2,724.21 |
| February | $715.75 | $156.14 | | MIP/PMI Disbursement | $2,681.18 | $3,283.82 |
| March | $715.75 | $156.14 | | MIP/PMI Disbursement | $3,240.79 | $3,843.43 |
| March | | $1,386.95 | | City Tax Disbursement | $1,853.84 | $2,456.48 |
| April | $715.75 | $156.14 | | MIP/PMI Disbursement | $2,413.45 | $3,016.09 |
| May | $715.75 | $156.14 | | MIP/PMI Disbursement | $2,973.06 | $3,575.76 |

Your Projected Escrow Account Balance as of 05/31/21 is $2,973.12. Your Required Beginning Escrow Balance according to this analysis should be $3,575.76. This means you have a surplus of $103.38. This surplus must be returned to you unless it is less than $50.00, in which case we have the additional option of keeping it and lowering your monthly payments accordingly. Due to the delinquent status of your account, we will retain your remaining surplus.

LoanCare is a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose. However, if you filed for bankruptcy, currently are in bankruptcy or received a discharge in bankruptcy, this communication is not an attempt to collect a debt, but is instead a legally required notice regarding your escrowed taxes and insurance.

## Balance Your Escrow Account

Each year your account is reviewed to make sure there is enough money to pay your property taxes and/or insurance. Federal law allows us to require a minimum balance in your account. This cash reserve helps to cover any increase in taxes and/or insurance. Subject to state law limits, your minimum balance normally equals the amount of your escrow payments for about two months. The payments made to and from your escrow account last year help predict your account activity for next year. Last year's activity also helps predict what your lowest account balance is likely to be. To balance your escrow account, we compare what your lowest account balance will likely be next year with your minimum required balance. The difference between those two numbers tells us if you need to deposit additional funds or if we will provide a refund. Any refund over $50 will be returned to you.

| | |
|---:|---|
| $1,119.22 | Your minimum required balance |
| $516.58 | Your projected lowest account balance for August |
| $103.38 | Your escrow account surplus/shortage |



**Subserviced by LoanCare**

P.O. Box 8068 | Virginia Beach, VA 23450

## Understanding Your Escrow Changes

Over the past few years, we've worked to simplify our escrow statement. Now, understanding your escrow information is even easier. In this letter, we're breaking down your statement even further to explain the changes in your escrow account information.

 Read ahead to see your escrow payment breakdown and your projected disbursements

 Get answers to some of our most frequently asked questions about escrow accounts

 See how to view your escrow information online

---

### Your Payment Information

Your current total monthly mortgage payment is $1,855.08. Your total amount due will change by $14.50. Your new total monthly payment will be $1,869.58, effective 06/01/2021.

### Your Escrow Surplus

Your projected escrow account balance as of 05/31/21 is $2,973.12. Your required beginning escrow balance according to this analysis should be $3,575.76. This means you have a surplus of $103.38.

 A surplus or shortage in your escrow account commonly occurs when:

> The projected amount at closing increases or decreases
> Your property taxes increase or decrease
> Your homeowners insurance increases or decreases
> You change your homeowners insurance company
> We pay delinquent taxes on your behalf

If you have questions about an increase in your property taxes or insurance premiums, please contact your local taxing authority or insurance agent.

### Your Surplus

If you have a surplus of more than $50.00:

> As long as your loan is current, we will issue you a check for the surplus amount. If your loan is current and your surplus check is not enclosed with your Annual Escrow Account Disclosure Statement, you can expect to receive it soon.

If you have a surplus of less than $50.00:

> We will keep the surplus and lower your monthly payments as noted on your statement.

Please review the Account Projections section of your Annual Escrow Account Disclosure Statement to confirm the disbursement amounts of the escrowed items. If you find errors in this information, please confirm the disbursement amounts with your local taxing authority or insurance carrier and contact us to report any discrepancies.

---

## FREQUENTLY ASKED QUESTIONS

### I thought I had a fixed rate. Why did my payment change?

Your mortgage payment is made up of two parts: your loan payment (principal and interest) and your escrow payment (taxes and insurance). Your loan payment does not increase or decrease unless you have an adjustable rate mortgage (ARM). The portion of your monthly mortgage payment that goes toward escrows (taxes, homeowners and/or mortgage insurance) will change based on your projected amounts due to be paid.

**Your Mortgage Payment**



\* Your escrow payment may consist of the items in the three categories shown in gray.

Please note: this chart is provided for demonstration purposes only and is not intended to represent the specific amount you have in each category.

### Why is there extra money in my escrow account?

Your escrow account makes sure you have money set aside to pay the necessary taxes and insurance.

A certain amount of the funds in your escrow account are designated to help keep your account from going negative. We call that an escrow cushion.

Think of your cushion as overdraft protection for your escrow account. Your cushion is designed to help offset any small changes in your tax and/or insurance bills. This helps lessen the burden of an escrow shortage when your escrow analysis is completed. Cushions typically cannot be waived or removed.

---

Customer Service: 1.800.509.0183    Collections: 1.800.509.0183
www.LakeviewLoanServicing.MyLoanCare.com
Monday – Friday: 8 A.M. – 10 P.M. ET Saturday 8 A.M. – 3 P.M. ET
P.O. Box 8068 | Virginia Beach, VA 23450

Escrow Page 5



## Check Your Information Online

Visit www.LakeviewLoanServicing.MyLoanCare.com to:

> View your current escrow account balance
> View your payment information
> View your estimated tax disbursement amounts
> View your insurance premiums
> Enroll for email notifications when escrow disbursements are made

### If You Need Assistance

 Our representatives are ready to assist you should you need further information or have additional questions or concerns. Call 1.800.509.0183 Monday-Friday, 8:00 A.M.-10:00 P.M. Eastern Time, and Saturday, 8:00 A.M.-3:00 P.M. Eastern Time.

Sincerely,

Escrow Department
Lakeview Loan Servicing, LLC
NMLS ID 2916

*This summary is not a substitute for the Annual Escrow Account Disclosure Statement and it is important that you still review the enclosed Annual Escrow Account Disclosure Statement in its entirety.*

**TO THE EXTENT THE FAIR DEBT COLLECTION PRACTICES ACT (FDCPA) AND/OR STATE DEBT COLLECTION LAWS ARE APPLICABLE, PLEASE BE ADVISED THAT THIS COMMUNICATION IS FROM A DEBT COLLECTOR AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED IN BANKRUPTCY, IS SUBJECT TO THE AUTOMATIC STAY OR IS PROVIDED FOR IN A CONFIRMED PLAN, THIS COMMUNICATION IS FOR INFORMATIONAL PURPOSES ONLY, AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR SUCH OBLIGATION.**

### How can I lower my escrow?

You may seek additional insurance quotes while maintaining the required coverage. You may contact your taxing authorities and ensure that you have taken advantage of all applicable exemptions. If you are able to reduce the cost of your insurance and/or are approved for an exemption, please make sure to provide us updated information.

### Can I prepay my escrow so that my payments don't change?

No. You are required to pay 1/12th of each escrowed item monthly with your principal and interest payment.

Customer Service: 1.800.509.0183    Collections: 1.800.509.0183
www.LakeviewLoanServicing.MyLoanCare.com
Monday – Friday: 8 A.M. – 10 P.M. ET Saturday 8 A.M. – 3 P.M. ET
P.O. Box 8068 | Virginia Beach, VA 23450

Escrow Page 6